IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICKY AND CHARLA PITTS § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-10-1661 |
| § | |
| FIDELITY NATIONAL PROPERTY AND § | |
| CASUALTY COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER

The plaintiffs filed a motion to continue the initial pretrial and scheduling conference. (Docket Entry No. 11). The motion is granted. The initial pretrial and scheduling conference is reset to **November 12, 2010, at 3:30 p.m.**

SIGNED on October 26, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge